# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 11, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133819(60) (62)

MICHIGAN FEDERATION OF TEACHERS
and SCHOOL RELATED PERSONNEL, AFT,
AFL-CIO,
      Plaintiff-Appellee,

v

UNIVERSITY OF MICHIGAN,
      Defendant-Appellant.

_____

SC: 133819
COA: 258666
Washtenaw CC: 04-000314-CZ

On order of the Chief Justice, the motion by defendant-appellant for extension to December 14, 2007 of the time for filing its brief on appeal is GRANTED. The motion by Michigan State University and others for leave to file a brief *amicus curiae* in this case is considered and it is GRANTED.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 11, 2008

Clerk